IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FREDDIE DEMOND HEARD, :
AIS 272097,
:
    Petitioner,
:
vs.                                     CA 16-00060-WS-C
:
ELLA L. BYRD, et al.,
:
    Respondents.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 22, 2016 is **ADOPTED** as the opinion of this Court.

**DONE** this 20th day of April, 2016.

                                              s/WILLIAM H. STEELE
                                              **CHIEF UNITED STATES DISTRICT JUDGE**