IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FREDDIE DEMOND HEARD, AIS 272097, | : | |
| | : | |
| Petitioner, | : | |
| vs. | : | CA 16-00060-WS-C |
| ELLA L. BYRD, et al., | : | |
| Respondents. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by this Court's order dated February 17, 2016.

**DONE** this 20th day of April, 2016.

<u>s/WILLIAM H. STEELE</u>
**CHIEF UNITED STATES DISTRICT JUDGE**